IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RICKY WOFFORD, JR.  PLAINTIFF
ADC # 102909

v.   4:16CV00143-SWW-JJV

DOC HOLLADAY, Sheriff,
Pulaski County ; *et al.*  DEFENDANTS

## ORDER

Having reviewed Plaintiff's Amended Complaint (Doc. No. 5) for screening purposes,[1] the Court concludes that service is appropriate for Defendants Ouzit, J. Smith, Mitchell, and Landreth. Plaintiff has not provided full names for any of these Defendants. Service will nevertheless be attempted based on their last names and position titles.[2] If service fails for lack of identification, however, Plaintiff will have to provide complete names before service is re-attempted.

IT IS THEREFORE ORDERED that the Clerk of Court shall prepare Summons for these Defendants, and the United States Marshall shall serve a copy of the Amended Complaint (Doc. No. 5), Summons, and this Order on them without prepayment fees or costs or security therefore. Service for each Defendant should be through the Pulaski County Detention Facility, 3201 West Roosevelt Road, Little Rock, AR 72204.

DATED this 4th day of April, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).

[2] Ouzit is a correctional officer and Smith, Mitchell, and Landreth are nurses. All work at the Pulaski County Regional Detention Facility.

1