**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| RICKY WOFFORD, JR. <br> ADC # 102909 <br> <br> Plaintiff, <br> v. <br> <br> DOC HOLLADAY, Sheriff, <br> Pulaski County; *et al.* <br> <br> Defendants. | * <br> * <br> * <br> * <br> * <br> *  No. 4:16CV00143-SWW-JJV <br> * <br> * <br> * <br> * |

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendants Doc Holladay, Pulaski County Regional Detention Facility, Bennett, Allen, Trammell, and Brawley are DISMISSED without prejudice for failure to state a claim on which relief may be granted.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED  this 21st  day of April, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE