**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

RICKY WOFFORD, JR.  PLAINTIFF
ADC #102909

v.  4:16CV00143-SWW-JJV

DOC HOLLADAY, Sheriff,
Pulaski County; *et al.*  DEFENDANTS

## ORDER

On April 4, 2016, I ordered service for, among others, Defendant J. Smith. (Doc. No. 7.) Summons for this Defendant was returned unexecuted because no nurse by the name of J. Smith is employed at the Pulaski County Detention Facility. (Doc. No. 13.) Now, if Plaintiff's claims against this Defendant are to proceed, he must provide a viable address for J. Smith within fifteen days of this Order's entry. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (per curiam) (holding that it is a *pro se* plaintiff's responsibility to provide proper addresses for defendants).

IT IS, THEREFORE, ORDERED that Plaintiff should provide a viable address at which service for Defendant J. Smith may be attempted within fifteen days of this Order's entry. If he fails to do so, the Court will recommend Defendant Smith's dismissal without prejudice.

DATED this 3rd day of May, 2016.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE