# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| RICKY WOFFORD JR., | * | |
| ADC #102909 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:16CV00143-SWW-JJV |
| DOC HOLLADAY, Sheriff, | * | |
| Pulaski County; *et al.* | * | |
| | * | |
| Defendants. | * | |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant J. Smith is DISMISSED without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 14th day of September, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE