**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| RICKY WOFFORD, JR. * | |
| ADC # 102909 * | |
| * | |
| Plaintiff, * | |
| v. * | |
| * | No. 4:16CV00143-SWW |
| DOC HOLLADAY, Sheriff, * | |
| Pulaski County; *et al.* * | |
| * | |
| Defendants. * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 17th day of February, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE